Seth P. Crosland
Crosland Law Firm, PLLC
1848 Norwood Plaza, Suite 205B
Hurst, TX 75064
Telephone: (972) 591-6919
Facsimile: (972) 408-0713
Email: Seth@croslandlawfirm.com
*Attorney for Plaintiff Angel Garcia*

# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ANGEL GARCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>ELEOS SERVICES, INC.,<br><br>    Defendant. | **Case No.: 7:18-cv-00095-DC**<br><br>**PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT** |

Plaintiff Angel Garcia, pursuant to Federal Rule of Civil Procedure 55(a), hereby requests the Clerk of the Court to enter Default against Defendant Eleos Services, Inc. ("Defendant"). Entry of Default is proposed against Defendant because Defendant has failed to answer or otherwise respond to Plaintiff's Complaint [Dkt. 1]. This request is further supported by the Affidavit of Seth Crosland, attached hereto.

Respectfully submitted this _____ day of September 2018.

                                              **CROSLAND LAW FIRM, PLLC**

                                              By:/s/ *Seth P. Crosland*
                                                 Seth P. Crosland

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the ECF system.